# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Maurice D. Rivers, <br><br> Plaintiff <br><br> vs. <br><br> United States <br> Youth Focus Psychiatric Hospital for Battered Youth <br> Department of Health and Human Services <br> Kamala Harris <br> Department of Social Services (Head), <br><br> Defendants. | JUDGMENT IN CASE <br><br> 5:24-cv-00157-KDB |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2025 Order.

Signed: January 21, 2025

Katherine Hord Simon, Clerk
United States District Court